IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$4,543.79 IN FUNDS SEIZED FROM BANK ACCOUNT #153568031006 IN THE NAME OF CARLETON P. NELSON AND AMY S. NELSON AT U.S. BANK,<br><br>$8,388.54 IN FUNDS SEIZED FROM BANK ACCOUNT #1635892407 IN THE NAME OF AMY STERNER NELSON AT WELLS FARGO,<br><br>$13,559.97 IN FUNDS SEIZED FROM BANK ACCOUNT #1361410762 IN THE NAME OF EM2 PROPERTIES LLC AT CAPTIAL ONE BANK,<br><br>$25,343.01 IN FUNDS SEIZED FROM BANK ACCOUNT #145947373 IN THE NAME OF CARLETON NELSON AT CITIBANK,<br><br>$98,358.92 IN FUNDS SEIZED FROM BANK ACCOUNT #149656681 IN THE NAME OF CARLETON NELSON AT CITIBANK,<br><br>$491,780.50 IN FUNDS SEIZED FROM ACCOUNT ENDING IN 5810, HELD ON BEHALF OF AMY STERNER NELSON AND CARLETON P. NELSON, AT SIGNATURE BANK,<br><br>$10,567.43 IN FUNDS SEIZED FROM BANK ACCOUNT # 104781237441 IN THE NAME OF DEVON M. KIRSCHNER AND CASEY H. KIRSCHNER AT U.S. BANK, | Civil No.  1:20-cv-1343 |

$1,217.05 IN FUNDS SEIZED FROM BANK ACCOUNT #320013539278 IN THE NAME OF AMY S. NELSON AND CARLETON PHILLIP NELSON AT AMERICAN EXPRESS NATIONAL BANK,

and

$4,284.47 IN FUNDS SEIZED FROM BANK ACCOUNT #1518835838 IN THE NAME OF AMY S. NELSON AND CARLETON PHILLIP NELSON AT AMERICAN EXPRESS NATIONAL BANK,

Defendants In Rem.

## APPLICATION - WARRANT FOR ARREST *IN REM*

The United States of America, through its counsel, G. Zachary Terwilliger, United States Attorney for the Eastern District of Virginia, and Kevin Hudson and Annie Zanobini, Assistant United States Attorneys, respectfully requests that the Clerk of Court issue the attached warrant for arrest in rem pursuant to Supplemental Rule G(3)(b)(i) of the Federal Rules of Civil Procedure for the following stated reasons:

1. On November 9, 2020, the United States filed a verified complaint in rem in the above-referenced case. The verified complaint seeks the forfeiture of the above- referenced defendants.

2. The defendants are in custody of the U.S. Marshals Service and being maintained in the Eastern District of Virginia.

3. Supplemental Rule G(3)(b)(i) provides that "the clerk must issue a warrant to arrest the property [subject to forfeiture in a civil forfeiture case] if it is in the government's possession, custody, or control …."

WHEREFORE, the United States respectfully requests that the Clerk of Court issue the attached warrant for arrest in rem.

                        Respectfully submitted,
                        G. Zachary Terwilliger
                        United States Attorney

By:       /s/Kevin Hudson
           Kevin Hudson
           Assistant United States Attorney
           Virginia State Bar No. 81420
           Attorney for the United States
           721 Lake Front Commons, Ste. 300
           Newport News, VA 23606
           Office Number: (757) 591-4033
           Facsimile Number: (757) 591-0866
           Email Address:  kevin.hudson@usdoj.gov

By:       /s/ Annie Zanobini
           Annie Zanobini
           Assistant United States Attorney
           California Bar No. 321324
           2100 Jamieson Avenue
           Alexandria, Virginia 22314
           Office Number: (703) 299-3903
           Facsimile Number: (703) 299-3982
           Email Address: annie.zanobini2@usdoj.gov