IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $4,543.79 IN FUNDS SEIZED FROM BANK ACCOUNT #153568031006 IN THE NAME OF CARLETON P. NELSON AND AMY S. NELSON AT U.S. BANK, <br><br> $8,388.54 IN FUNDS SEIZED FROM BANK ACCOUNT #1635892407 IN THE NAME OF AMY STERNER NELSON AT WELLS FARGO, <br><br> $13,559.97 IN FUNDS SEIZED FROM BANK ACCOUNT #1361410762 IN THE NAME OF EM2 PROPERTIES LLC AT CAPTIAL ONE BANK, <br><br> $25,343.01 IN FUNDS SEIZED FROM BANK ACCOUNT #145947373 IN THE NAME OF CARLETON NELSON AT CITIBANK, <br><br> $98,358.92 IN FUNDS SEIZED FROM BANK ACCOUNT #149656681 IN THE NAME OF CARLETON NELSON AT CITIBANK, <br><br> $491,780.50 IN FUNDS SEIZED FROM ACCOUNT ENDING IN 5810, HELD ON BEHALF OF AMY STERNER NELSON AND CARLETON P. NELSON, AT SIGNATURE BANK, <br><br> $10,567.43 IN FUNDS SEIZED FROM BANK ACCOUNT # 104781237441 IN THE NAME OF DEVON M. KIRSCHNER AND CASEY H. KIRSCHNER AT U.S. BANK, | Civil No. 1:20-cv-1343 |

$1,217.05 IN FUNDS SEIZED FROM BANK ACCOUNT #320013539278 IN THE NAME OF AMY S. NELSON AND CARLETON PHILLIP NELSON AT AMERICAN EXPRESS NATIONAL BANK,

and

$4,284.47 IN FUNDS SEIZED FROM BANK ACCOUNT #1518835838 IN THE NAME OF AMY S. NELSON AND CARLETON PHILLIP NELSON AT AMERICAN EXPRESS NATIONAL BANK,

Defendants In Rem.

## WARRANT FOR ARREST *IN REM*

TO:   ANY DULY AUTHORIZED LAW ENFORCEMENT OFFICER.

WHEREAS, on November 9, 2020, the United States of America filed a verified complaint for civil forfeiture in the United States District Court for the Eastern District of Virginia against the defendant property, alleging said property is subject to seizure and civil forfeiture to the United States for reasons mentioned in the complaint; and

WHEREAS, the defendant property is currently in possession, custody or control of the United States; and

WHEREAS, in these circumstances, Supplemental Rule G(3)(b)(i) directs the Clerk of Court to issue an arrest warrant in rem for the arrest of the defendant property; and

WHEREAS, Supplemental Rule G(3)(c)(i) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it; and

NOW THEREFORE, you are hereby commanded to arrest the above-named defendant property as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the defendant currency is presently found, and to use whatever

means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to complete the return of service below by identifying the individual served and the method of service, and return the warrant to the United States Attorney's Office for filing with the Court.

IN WITNESS WHEREOF, I, Clerk of the United States District Court for the Eastern District of Virginia, have caused the foregoing Warrant of Arrest in Rem to be issued pursuant to the authority of the Supplemental Rule G(3)(b)(i) and the applicable laws of the United States and have hereunto affixed the seal of said Court at Alexandria, Virginia, this _____ day of _____, 2020.

        FERNANDO GALINDO
        Clerk of Court

By:
    Deputy Clerk