IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Case No. 1:20-cv-1343 |
| $4,543.79 IN FUNDS SEIZED FROM BANK | ) | |
| ACCOUNT #153568031006 IN THE NAME | ) | |
| OF CARLETON P. NELSON AND | ) | |
| AMY S. NELSON AT U.S. BANK, *et al.*, | ) | |
| | ) | |
| Defendant Properties. | ) | |

### NOTICE OF HEARING

Claimants Carleton P. Nelson and Amy S. Nelson ("Claimants") respectfully submit that at 10:00 AM on Friday, March 5, 2021, or as soon as Claimants may be heard, Claimants will bring for remote hearing the Motion For A Stay (ECF No. 19).

February 18, 2021

Respectfully submitted,

/s/ Preston Smith
Preston Smith (VA Bar No. 86908)
Suneeta Hazra (*pro hac vice*)
Paul Fishman (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C.  20001-3743
Telephone:  +1 202.942.5000
Facsimile:  +1 202.942.5999
E-mail:  preston.smith@arnoldporter.com
E-mail:  suneeta.hazra@arnoldporter.com
E-mail:  paul.fishman@arnoldporter.com

*Counsel for Claimants*

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on February 18, 2021, I electronically filed the Notice of Hearing via ECF,

which caused a copy of the Notice of Hearing to be served on all counsel of record.

<u>/s/ Preston Smith</u>
Preston Smith (VA Bar No. 86908)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 942-6544
Email: preston.smith@arnoldporter.com

*Counsel for Claimants*