IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                                              )<br>         Plaintiff,                                 )<br>                                                              )<br>         v.                                            )     Civil Action No. 1:20-cv-1343 (RDA)<br>                                                              )<br>$4,543.79 IN FUNDS SEIZED FROM   )<br>BANK ACCOUNT #153568031006 IN  )<br>THE NAME OF CARLETON P. NELSON )<br>AND AMY S. NELSON AT U.S.              )<br>BANK, *et al.*,                                   )<br>                                                              )<br>         Defendants.                           )| |

**ORDER**

This matter comes before the Court on its own motion. There has been a request to unseal documents that are subject to the Court's Order issued on March 31, 2022. Dkt. 64. Accordingly, it is hereby ORDERED that parties file briefs stating their positions on unsealing, within fourteen (14) days of the date of this Order.

It is SO ORDERED.

Alexandria, Virginia
April 4, 2024

/s/
Rossie D. Alston, Jr.
United States District Judge