# EXHIBIT A

## DECLARATION IN SUPPORT OF
## MOTION TO UNSEAL DOCUMENTS

1. I, Robert Brian Watson being of sound mind and over the age of 18, declare my support of this Motion to unseal.

2. My investment entity, BW Investments, LLC is an investor in the Sterling NCP FF, LLC.

EXECUTED this 18th day of August, 2024.

Signature: _____
Name:    Robert Brian Watson

1

# DECLARATION IN SUPPORT OF
# MOTION TO UNSEAL DOCUMENTS

1. I __Amy L. Charlton__ being of sound mind and over the age of 18, declare my support of this Motion to unseal.

2. I am an investor in the Sterling NCP FF, LLC.

EXECUTED this __19th__ day of August, 2024.

Signature: __Amy L. Charlton__
Name: __8/19/2024__

1

## DECLARATION IN SUPPORT OF
## MOTION TO UNSEAL DOCUMENTS

1.     I Bruce E. Firstenburg, being of sound mind and over the age of 18, declare my support of this Motion to unseal.

2.     I am an investor in the Sterling NCP FF, LLC.

EXECUTED this 19th day of August, 2024.

Signature: *[signature]*
Name: Bruce E. Firstenburg

1

**DECLARATION IN SUPPORT OF
MOTION TO UNSEAL DOCUMENTS**

1. I __*Ct Chalk*__ being of sound mind and over the age of 18, declare my support of this Motion to unseal.

2. I am an investor in the Sterling NCP FF, LLC.

EXECUTED this __19__ day of August, 2024.

Signature: __*Ct Chalk*__
Name: __Curt Charlton__

1

## DECLARATION IN SUPPORT OF
## MOTION TO UNSEAL DOCUMENTS

1. I  Destry Witt  being of sound mind and over the age of 18, declare my support of this Motion to unseal.

2. I am an investor in the Sterling NCP FF, LLC.

EXECUTED this  18  day of August, 2024.

Signature: /s/ Destry Witt
Name: Destry Witt

1

## DECLARATION IN SUPPORT OF
## MOTION TO UNSEAL DOCUMENTS

1. I __James P Sandoz Jr._____ being of sound mind and over the age of 18, declare my support of this Motion to unseal.

2. I am an investor in the Sterling NCP FF, LLC.

EXECUTED this _19____ day of August, 2024.

Signature: _____
Name: __James P Sandoz JR._____

1

## DECLARATION IN SUPPORT OF
## MOTION TO UNSEAL DOCUMENTS

1. I  Johan Huwaert / JJH Global Realty II, LLC  being of sound mind and over the age of 18, declare my support of this Motion to unseal.

2. I am an investor in the Sterling NCP FF, LLC.

EXECUTED this 19th day of August, 2024.

Signature: [signature]
Name: JOHAN HUWAERT

SOLE MEMBER
JJH GLOBAL REALTY II, LLC

1

## DECLARATION IN SUPPORT OF MOTION TO UNSEAL DOCUMENTS

1. I Michael H. Garrett being of sound mind and over the age of 18, declare my support of this Motion to unseal.

2. I am an investor in the Sterling NCP FF, LLC.

EXECUTED this 19th day of August, 2024.

Signature: M H Garrett
Name: Michael Garrett

## DECLARATION IN SUPPORT OF
## MOTION TO UNSEAL DOCUMENTS

1. I **Robert STangeland** being of sound mind and over the age of 18, declare my support of this Motion to unseal.

2. I am an investor in the Sterling NCP FF, LLC.

EXECUTED this **19th** day of August, 2024.

Signature: *Robert STangeland*
Name: **RANI Properties, LLC**

1

## DECLARATION IN SUPPORT OF
## MOTION TO UNSEAL DOCUMENTS

1. I **Rod Vogel** being of sound mind and over the age of 18, declare my support of this Motion to unseal.

2. I am an investor in the Sterling NCP FF, LLC.

EXECUTED this **19th** day of August, 2024.

Signature: *Rod Vogel*
Name: Rod Vogel

1