# EXHIBIT B

Kyle Ramstetter / Amy Nelson Transcript (2024)

# Kyle Ramstetter / Amy Nelson Transcript (2024)

amy.sterner@gmail.com



https://scribie.com/files/13dc590494e8401982f8a3d8777550c8fbd323c3

Kyle Ramstetter / Amy Nelson Transcript (2024)

## Certificate of Authenticity

TO WHOM IT MAY CONCERN

This is to certify that the speech in this audio file has been converted into text manually by our transcribers on Scribie.com to the best of their ability and we can attest that there is no more than one mistake per hundred spoken words.

Signed

Judith Mogamog
Operations Manager
CGBiz Corporation DBA Scribie

Kyle Ramstetter / Amy Nelson Transcript (2024)

**0:00:00.4 AN:** Yes.

**0:00:01.4 KR:** How are you?

**0:00:02.3 AN:** Is this Kyle?

**0:00:04.0 KR:** How much weight did Carl lose in the last year, for verification?

**0:00:06.0 AN:** He's lost about 60 pounds.

**0:00:10.9 KR:** No way.

**0:00:11.8 AN:** Yeah.

**0:00:15.6 KR:** Well, I was gonna say more than that.

**0:00:17.5 AN:** No, yeah. Just about 60 pounds in the last year. Yep. He's been working out and just trying to be healthy.

**0:00:25.4 KR:** We need to talk.

**0:00:26.7 AN:** Yeah, I've... Yeah.

**0:00:30.2 KR:** I don't even know where to start. First and foremost, I'm sure... I hope Carl's listening. There's a lot of... Everything was out of my control. So when I'm in depositions and this national attorney is like... And I'm being told what to say, but I didn't fuck... I'm not Danny, I didn't... I'm on your side. I'm just being threatened with fucking everything, every component of my life, which I know you guys were too, which is like, holy shit, I didn't know what to do.

**0:00:56.4 AN:** Did Amazon threaten you?

**0:01:00.0 KR:** Oh, I can... So the reason, this call, like, we need to talk, because your TikToks and everything is like... I can go on and on. I can go on and on.

**0:01:11.1 AN:** I'm sure you can. It's been a long four years.

**0:01:15.5 KR:** It goes without saying for you guys too, losing everything. It's fucking hell. For what?

**0:01:23.2 AN:** Because I... Yeah, I can only share from my perspective. I think it's just a lot of bad actors, you know? It's just... I know I've learned a lot about the criminal legal system and what pressure is and what they can take from you and what they can threaten you with and... Yeah.

**0:01:42.2 KR:** Yeah. It was... The reason I say talk is, from a "cooperating person" being told something else before depositions and everything, it's like, I don't think this is right.

**0:01:56.2 AN:** Yeah.

**0:01:57.7 KR:** I don't. I don't. I'll just say this. I'm sure every attorney can say, "shut up." But it's like, it's just not... Let it be done.

**0:02:06.7 AN:** Yeah. It needs to be done. And I don't know how it becomes undone after all this.

**0:02:14.8 KR:** I had some ideas. My good guy coach with his brother is the right-hand man of Bezos. He's on the PR side. It's not the guy you referenced in TikTok.

**0:02:26.8 AN:** Mm-hmm.

**0:02:27.9 KR:** But he's like on the helicopter, everything of... He's like Bezos' truly right-hand man from a PR standpoint.

**0:02:34.9 AN:** And what does he say?

**0:02:36.6 KR:** I haven't. Just out of embarrassment of just like, God, does he know? 'Cause we're in Colorado, so it's like I've... Short answer, I've never breached that question to him. So, anyways. But...

**0:02:53.4 AN:** Yeah, I know...

**0:02:54.0 KR:** Loud and clear. And I laugh 'cause, again, in person, I can tell you a lot about that.

**0:03:02.3 AN:** Yeah. I just eventually decided that I needed to speak publicly because it was all just so wrong from my perspective.

**0:03:14.2 KR:** The only thing I fought you guys on, the only thing, was when Carl's... That Nashville attorney brought up my dead son in a deposition.

**0:03:24.8 AN:** Yeah, I actually... Because the deposition transcripts aren't public.

**0:03:29.2 KR:** And I knew he was trying to rattle me. I knew it, and I bet... I knew it.

**0:03:32.4 AN:** I didn't know this happened, so that sounds really hard, because I...

**0:03:36.7 KR:** Yeah, it's not a big deal. We've all gone through hell, but it's like, really? I'm not the one that raised the red flag, I'm not... I haven't done shit. We didn't do anything wrong, but you want to go that low? It's like, okay.

**0:03:49.3 AN:** Yeah, that sounds hard.

**0:03:50.9 KR:** So, anyways. But...

**0:03:56.5 AN:** What was your...

**0:03:58.4 KR:** I'm on a fucking war path.

**0:04:00.9 AN:** Yeah.

**0:04:02.4 KR:** I don't know what to do. And my wife, we were in... I just randomly got the TikTok and saw a Glenn Beck or something you did. And was like, "Oh my God, listen to this." And she's like, "Reach out. Reach out to her."

**0:04:18.4 AN:** Yeah, we've been fighting.

**0:04:20.4 KR:** I don't know. I have no purpose of this conversation. I don't... I have... I feel nothing. I'm sure I'm the bad guy, but I... I know I have phone calls recorded. There's always one other side and there's... Again, I don't know how to say this. There's a lot of shit that was out of my control.

**0:04:38.8 AN:** Yeah. What do you... Litigation wise, are you... What happens now for you? Do you know?

**0:04:49.1 KR:** Yeah, in what regard, I'm sorry.

**0:04:51.8 AN:** I guess just because the guilty pleas were vacated, is Amazon... Do you think Amazon will come after you?

**0:05:02.9 KR:** Sorry, the criminal or the civil?

**0:05:05.2 AN:** The civil. As far as my understanding is, to be very clear, right, that the criminal investigation is over and done. It's all over. So.

**0:05:12.9 KR:** Yeah, yeah. I had that, because you can't represent yourself in DC or whatever that district court was. Yeah. But yes, multiple attorneys said it's unheard of how many resources they've deployed, et cetera, et cetera, that yes, the criminal side is done.

**0:05:30.7 AN:** Yeah.

**0:05:32.9 KR:** So, civil, I don't know. Great question. I don't know.

**0:05:38.1 AN:** Yeah, we're... I know that my husband is dealing with an appeal right now. So.

**0:05:52.5 KR:** Never mind. I just, I just... Gonna choose my words carefully. That was fine. Even before, even pre depositions, and there's shit I can help with as long as... I don't even know how to say this.

**0:06:04.9 AN:** No, that's... I think you're saying... And I think... Um. Yeah. I think all I've seen is on the public docket, you know, and that in the public docket, there's an excerpt from your deposition that Amazon prepared you for the deposition, which is very stunning from a legal perspective. I'm a lawyer. I don't practice anymore, but yeah.

**0:06:28.0 KR:** So just stay on that point and let's meet. I will, like... That didn't even scratch the surface. Didn't even scratch the surface.

**0:06:39.6 AN:** Wow. Yeah. I'm sure there's a lot. I mean, what do you hope to... What do you want

to do now?

**0:06:48.0 KR:** Nothing. Oh, sorry. I don't know. I don't... That's a great question. I don't know.

**0:06:54.7 AN:** Yeah.

**0:06:56.6 KR:** Much like you guys, you're celebrating.

**0:06:58.8 AN:** Well, we're still spending tens of...

**0:07:00.0 KR:** Celebrate. I kiss my boys not knowing I'm... Can leave them for four years.

**0:07:06.6 AN:** Yeah.

**0:07:08.3 KR:** So when I say "celebrating," I know that's subjective.

**0:07:11.9 AN:** Yeah. No, I mean...

**0:07:13.2 KR:** I don't know. I'm angry.

**0:07:14.5 AN:** Yeah.

**0:07:16.9 KR:** To be blunt, I want to go after everything humanly possible against Danny. I don't know if there's a legal case there, of just if a whistleblower has free reign to make shit up to get something. But I remember two years ago, three years ago... Sorry, what was it? North Star. Two years prior to that, Danny said, "Hey, do you know if and when something ever happens, you know you can go to the SEC and get 10% of whatever they collect, and you're protected?" Before he even knew anything, because he was in SEC trouble back in Chicago, it's like he... Like, this is so planned out methodical by him.

**0:07:58.8 AN:** Can I ask a question? Do you think that Patricia Watson had anything to do with it?

**0:08:03.6 KR:** Sorry, your phone cut... I'm gonna go back outside again. It was freeze... There's like... Say it again, I'm sorry.

**0:08:08.6 AN:** Do you think Patricia Watson had anything to do with it?

**0:08:13.6 KR:** Also a phenomenal question.

**0:08:18.7 AN:** I just...

**0:08:19.8 KR:** I think it's a phenomenal question.

**0:08:22.5 AN:** Yeah. She's like come onto my TikToks and like called me a liar and threatened me, and I'm like...

**0:08:30.1 KR:** Oh, God...

**0:08:30.2 AN:** I'm not even really... I've never met this woman.

**0:08:32.6 KR:** So I was told by Amaozn, like, all the press in my house and everything is like, "Oh, do you know that's Amy?" I was like, who the fuck's Amy? It's Carl's wife. She's coming after... They're going after your character 'cause you're cooperating, right? Kyle? You're cooperating. They're coming after you. Like, I don't give... I got nothing to hide. Come after me in the articles. I was like, if that's Amy or not. I was like, I don't know Amy, but... But what you just said crossed my mind.

**0:09:00.7 AN:** Well, I haven't... I don't know what you're talking about with your house, but I don't know. But yeah, I mean, everything that I have ever said is on my TikToks, for all public...

**0:09:11.2 KR:** So Brian and Patricia, pre all this, when he was going through election, every component of their divorce, one of them would go to the press first. They knew the press really well.

**0:09:24.4 AN:** That's really interesting.

**0:09:26.8 KR:** So, I don't... To answer your question, great question, I don't know. I don't know. I have my hunch. I know... Actually, what I'm trying to say, I need to be protected by somebody who knows what they're doing, but I can... Even in... like, I was gonna text Carl in my last deposition, saying, you guys are asking me the wrong questions. I have been flown to Chicago ten times. And I can tell you the venues from IPI, I can tell you when and where, the dates, the plane tickets. I can tell you how they were trying to undo Brian before all this shit. I was like, you guys are asking me the wrong questions.

**0:10:07.5 AN:** It's IPI, isn't it?

**0:10:11.3 KR:** A thousand, a thousand fucking percent.

**0:10:14.5 AN:** I know that Gibson Dunn has represented IPI as well as Amazon, and so I've always thought that... My own opinion, and this is not substantiated, is that IPI... Is that Gibson Dunn was behind this legal strategy and that there very much was a legal strategy to incorporate the Department of Justice from the get-go.

**0:10:34.3 KR:** Now, if somebody put me on the stand and said, "Did somebody want to pay you x millions of dollars to come work for them and to take over this Amazon relationship if x and y and z happened?" I would say, "Yes, and here's how it happened... "

**0:10:47.8 AN:** Yeah...

**0:10:48.0 KR:** I text Carl or I've wanted to, I'm like, "Please tell your national attorney I hate him cause he brought up my dead son" [chuckle] but he'll fucking... Sorry, and I apologize for cussing, I'm just...

**0:10:58.0 AN:** It's okay. I understand... There's a lot of anger.

**0:11:00.5 KR:** You're asking me the wrong questions.

Kyle Ramstetter / Amy Nelson Transcript (2024)

**0:11:01.4 AN:** Yeah, yeah, no, I get it. I've always believed there was a lot more of IPI involved in this, because there was a reason that IPI didn't sue North Star and Brian, and then Amazon did it.

**0:11:12.9 KR:** They can't. Yeah, because they can't.

**0:11:15.2 AN:** Yeah.

**0:11:16.3 KR:** They can't.

**0:11:17.1 AN:** Yeah. They breached the contract. They breached their joint venture, from my perspective, and so... And the only way they could get out of it was to get Brian in prison. So, you know, it...

**0:11:27.0 KR:** Oh, agreed. He had to and I read through those JV docs, and I think you said it in your TikToks, you have to plead or agree to a felony.

**0:11:36.0 AN:** Yeah. Yep.

**0:11:36.0 KR:** And I'm like, I can give you dates and times and conversations.

**0:11:41.3 AN:** Got it.

**0:11:41.7 KR:** 18 months before that.

**0:11:43.4 AN:** Yeah. Yep.

**0:11:44.9 KR:** So if Carl's attorney is like, "Hey, we should talk. [chuckle] We need you now," then I'll map this whole fucking thing out, of how can I... And I don't know if there's... I mean, the basis of it, but I can tell you when it all started and the vendetta of a billion-dollar Mark Zuckerberg fund was out to get Brian.

**0:12:05.9 AN:** Yeah, that really doesn't... That doesn't want this publicity, I believe, from my perspective, so yeah. Well, I think that's probably a thing to do then, I think, you know. My goal in the world is to end this and, um, make it right. Right? You know, we've lost... I was fired from jobs over this. Like, I. And certainly, Carl lost millions of dollars of real estate development work and our children lost their home. And I know that your family's been through a lot too. Everyone's families have been through a lot at the hands of a lot of billionaires. And...

**0:12:46.4 KR:** Again, I'm biting my tongue like, the shit I know, it's a lot more than that. But I will tell you, your husband did nothing wrong. He lost a lot more. It was...

**0:12:58.0 AN:** Well, there's no hierarchy to this. We all lost our lives, so...

**0:13:02.4 KR:** Yeah.

**0:13:03.1 AN:** And I think there's a lot of paths to getting justice. And, you know, I think I'm not representing anybody in this, and I don't know a lot because I really can only know what's on the

public docket, but I do know that, you know, the defendants that fought worked together. And I think that's the best path forward for people who want that path, choosing my words carefully, that, like...

**0:13:32.1 KR:** For sure.

**0:13:32.8 AN:** I think at this point...

**0:13:32.9 KR:** I just don't know. With nothing to lose now, I don't know how to get on that side. So if you guys, I will tell you from the lady you referenced earlier, there was a lot of fucking people telling me exactly what to do, and if I didn't, there would be... X, Y, and Z would trigger.

**0:13:50.5 AN:** Like what kind of stuff?

**0:13:53.5 KR:** Another day.

**0:13:54.8 AN:** Yeah, no, I get it. I just... Yeah, I mean, it's all very terrifying. It's been terrifying. I still feel physically afraid of the repercussions oftentimes, like that someone will come hurt me or my husband, but...

**0:14:09.0 KR:** You're smarter than that, they're not that dumb.

**0:14:12.7 AN:** Well, because we got real public. I got real public. Carl didn't, 'cause as you know, he's a very private person. But I wasn't, and so... But, yeah.

**0:14:25.0 KR:** My thing is, are whistleblowers freely, truly, freely to make shit up?

**0:14:31.1 AN:** No, whistle... No.

**0:14:31.1 KR:** Their off in the wind?

**0:14:32.3 AN:** It's a federal crime to lie to federal law enforcement, it's a federal crime to... Danny is not a whistleblower in the classic sense. Like emailing Amazon, a company, is not whistleblowing. Amazon called it whistleblowing. It's just like accusing someone of a crime. If you choose... Danny, as far as I understand it, never sought federal whistleblower protection, which is when you go to a federal agency and say there's a federal crime. He didn't do that. My understanding from the docket is that he emailed Amazon and asked for a job in exchange for information.

**0:15:01.9 KR:** Yeah, we all, we all saw that email.

**0:15:04.0 AN:** Yeah. And so we didn't know it was Danny for years, because... [chuckle]

**0:15:10.1 KR:** Oh, my God. I didn't either. I thought... I was like... I mean, everybody, right? I got deposed the first time, I was like, "You guys think it's me?" And I'm like... It's like, hold on, I thought it was Casey or I thought it was Christian who's mad at Brian. Like, every... Nobody knew.

**0:15:26.2 AN:** Yeah, yeah. It was... Yeah. So, no, Dan, I don't... My understanding, emailing a

company is not like a whistleblower. And so yeah, I mean I think... I will tell you from what I know from the Internet now, and this is just from the Internet, that Danny lives in Calabasas, California, in a gated community and sends his child to a $50,000-a-year private school.

**0:15:49.3 KR:** So, here's what... I'm at... And Will, like Will texts me, reached out to me, called me. Danny reached out, and I was like, "What is going on?" And then Jamie, my attorney, called. And then the press hit. I'm like, "What is going on?" And they're just like, "Oh, all charges dropped," because I never replied to Danny. But it's like, I told Will, I was like, "You know I don't forget anything and I don't delete anything. I just have nothing to hide." But I have texts and emails from Danny at Northstar explaining what he's doing. And again, I'm in this deposition and Brian's asking me certain questions about Patricia and everything. I'm like, "God, you fuckers. You're asking the wrong questions."

**0:16:30.2 AN:** And Dan...

**0:16:32.1 KR:** Lead me to water.

**0:16:32.9 AN:** Well, it's interesting 'cause like, I mean... Well, just a lot about that is interesting. Yeah, anyway. Um, God. And how's Will doing? Is he okay?

**0:16:46.0 KR:** I have no idea. I don't care, he gave... I don't know how Carl and Casey are, but Will just gave up and I'm on my own. Yeah, I don't... I have no idea. Great... I don't know.

**0:16:58.8 AN:** Yeah.

**0:17:03.2 KR:** So Danny lives in California?

**0:17:05.1 AN:** That's what the Internet tells me, [laughter] so... Yeah. And Calabasas is a very, very wealthy community, so it's...

**0:17:11.8 KR:** Oh, is it?

**0:17:12.5 AN:** Yeah. It's just interesting to me that he has all this money now.

**0:17:15.5 KR:** Oh, he has a shit ton of money now.

**0:17:17.4 AN:** How? Just from his company?

**0:17:21.3 KR:** Yeah, I would assume... I mean, I don't know, but I know when he was at Northstar, he started that company, Dacia... Dossier or Dossie, whatever it's called.

**0:17:31.1 AN:** Yeah, yeah, yeah. I just...

**0:17:38.9 KR:** Yeah, I'll join that fight. I might even start that fight.

**0:17:41.9 AN:** Yeah. Well, um, it's good to hear from you. Thank you for reaching out. I thought it wasn't you because a lot of people reach out to me on TikTok.

Kyle Ramstetter / Amy Nelson Transcript (2024)

**0:17:50.2 KR:** Well, you asked me a question, it was like, God, it's been four years, does she want the VAD? Like, the VADATA? I was like, I think it's a 144, then we went to Quail Ridge and Manassas. Like, oh, shit. So I'm like... Then I'm like, oh, I forgot to reply, but yeah, no.

**0:18:06.8 AN:** Well, I think it's the alligator. I remember getting the alligator.

**0:18:09.4 KR:** I know Carl hates me. Like the recordings and everything, it wasn't even supposed to get this big. It was just like, get Casey off my fucking back.

**0:18:16.3 AN:** Yeah, I get it. It is what it is.

**0:18:20.3 KR:** So I have to ask you a question, and I don't even think I want to know the answer, knowing how happy they were. Was Casey the guy you referenced that got a divorce?

**0:18:31.7 AN:** No, Casey did not get a divorce.

**0:18:34.1 KR:** Okay. His family's good?

**0:18:35.9 AN:** Yeah, Casey's good.

**0:18:37.5 KR:** Okay. Okay.

**0:18:40.4 AN:** His boys all play ice hockey and...

**0:18:42.5 KR:** I was gonna say, I hope they're destroying kids playing hockey. Okay.

**0:18:46.4 AN:** Yeah. [chuckle] They're all playing hockey. And yeah, who did I reference that got a divorce? Who did I reference that got a divorce?

**0:18:55.4 KR:** Anyways, I know you're smart. I know this is recorded. If there's anything you need from me, I'd love to help you fight.

**0:19:03.2 AN:** So... Oh, well, there was one... In Brian's deposition, there was a divorce... He almost got divorced, I guess. There was a divorce filing or something in one of Brian's depositions, but I don't think... He didn't end up getting divorced.

**0:19:18.6 KR:** Gotcha.

**0:19:20.0 AN:** But... Well, so did IPI talk to you after all this started?

**0:19:27.2 KR:** After what? What...

**0:19:28.9 AN:** After April of 2020, did IPI ever talk to you again?

**0:19:32.1 KR:** No.

**0:19:32.8 AN:** So it was all before that?

Kyle Ramstetter / Amy Nelson Transcript (2024)

**0:19:34.8 KR:** Yep.

**0:19:35.7 AN:** And they wanted to get Brian out of the deals, because the testimony that IPI gave was that Brian wanted to get out of the deals?

**0:19:43.7 KR:** I forget. I forget the dates or who... Who and when started it. I do.

**0:19:47.6 AN:** So, well, yeah, but so I'm just saying after the FBI came, did you ever talk to Brian or to IPI again?

**0:19:56.2 KR:** Not outside of those deals or in regards to Brian's situation, only pursuant to their witness statement.

**0:20:06.6 AN:** Uh-huh. And I'm just trying... I don't even know what to ask you, Kyle. It's 'cause there's a lot of the stuff that I don't know. So what did you... Since when did you... I have a question.

**0:20:24.5 KR:** Amy... Amy, stop. We're both smarter than this. I will answer everything and give you everything you want.

**0:20:30.9 AN:** Well, when did you plead guilty?

**0:20:32.8 KR:** Let's just be upfront.

**0:20:35.7 AN:** When did you plead guilty?

**0:20:35.7 KR:** What do you mean?

**0:20:36.4 AN:** Like, when did you tell the government you would plead guilty?

**0:20:42.3 KR:** Define "when." Like, piece of paper or when I flew in person?

**0:20:45.5 AN:** I guess when you flew in person to... Well, no, piece of paper, when you were like, "I'm pleading guilty."

**0:20:50.7 KR:** Yeah, I don't recall the date that I signed.

**0:20:52.3 AN:** But was it 2020? Way back then?

**0:20:58.9 KR:** I'm trying to remember. Yeah, I don't recall specifics, but it was a while before I was in DC.

**0:21:06.4 AN:** And when did you start... Did Amazon...

**0:21:11.5 KR:** Amy, Amy, Amy, stop. [chuckle] Go ahead, keep going.

**0:21:17.7 AN:** Well, did Amazon tell you they wouldn't sue you if you pled guilty?

Kyle Ramstetter / Amy Nelson Transcript (2024)

**0:21:24.1 KR:** Come on, you're better than this. Have Carl's attorney reach out if you want questions answered.

**0:21:35.2 AN:** Okay. Yeah. Is Jamie still representing you, or should he just reach out to you directly?

**0:21:42.4 KR:** Jamie still represents me.

**0:21:43.9 AN:** Okay. All right, well, I'm glad the investigation's over.

**0:21:52.5 KR:** Yeah. See, you switched, right? Like...

**0:21:56.2 AN:** What?

**0:21:57.7 KR:** We've all been through a lot. We're good.

**0:21:58.9 AN:** Well, I know. I just switched because you said I'm better than this, "stop asking questions, have the lawyer reach out." So I'm going to. I don't know...

**0:22:05.7 KR:** I can hear the beeps in the background and I told you, I know you're recording this...

**0:22:08.2 AN:** No, I'm getting text messages on my phone.

**0:22:14.2 KR:** I told you, I'm on... I would love to fight. I would love to, but yeah, I don't... Dates and everything, I don't want to get anyone... Meaning, if you want to do this, do it right. Be dialed in. I will write down... Document the specific date.

**0:22:32.0 AN:** All right. It's not like... That stuff doesn't even matter. I don't think any of that matters. I was just curious, personally, because I just...

**0:22:41.5 KR:** Does it matter if IPI or Amazon contacted me after a federal fucking charge? Yeah, it matters to me.

**0:22:46.6 AN:** Yeah. Oh, no, that stuff...

**0:22:48.3 KR:** We're all smarter than that. Come on.

**0:22:49.8 AN:** Yeah, well, I just... Yeah, well, yeah, it's a whole interesting mess, so yeah. But are you able to work now?

**0:23:04.3 KR:** I'm, I'm good. Carl?

**0:23:06.8 AN:** He's working, yeah, so that's good. And I'm working too.

**0:23:11.9 KR:** You guys still in Ohio?

**0:23:13.2 AN:** Yep, we're still in Ohio. We live in a... We're renting a house in Ohio.

Kyle Ramstetter / Amy Nelson Transcript (2024)

**0:23:18.2 KR:** Well, I will be in Columbus February 16th through the 18th.

**0:23:22.3 AN:** You will?

**0:23:23.3 KR:** Yeah.

**0:23:23.9 AN:** What for?

**0:23:25.7 KR:** I have a junior friend, family friend who's going to Ohio State and he's begging me to go out before he graduates, so I'm going out for.. . but I'm going out for a Ohio state basketball game.

**0:23:38.3 AN:** Could we, could we see you? Is that an awkward thing? It would just be interesting...

**0:23:41.9 KR:** I'm fine. You just switched to formality and we're all smarter than this. When people start asking formal questions back to back to back, I know...

**0:23:50.9 AN:** I just thought you told me...

**0:23:52.7 KR:** What's that?

**0:23:53.6 AN:** All right, whatever. I'm sorry, I don't even really have any... I have curious questions about, like, my...

**0:23:58.0 KR:** You have a ton of questions, which is fine. Let's all throw a swimsuit on and jump in a pool.

**0:24:04.1 AN:** Yeah. [chuckle] I have a lot of...

**0:24:07.3 KR:** And I can answer them all. My attorney's like, you're free...

**0:24:08.9 AN:** You're free. Yeah, I know. That's why I was like... When you asked to talk, I was like, I don't know if I can talk to you. And then I was like, I think I can, because, like, I'm not a litigant and...

**0:24:19.5 KR:** Nor am I anyway.

**0:24:20.3 AN:** Yeah. Right. So it's just...

**0:24:24.1 KR:** So I fly into Columbus the 16th.

**0:24:26.3 AN:** Okay. Well, I will text you and we can...

**0:24:28.8 KR:** And I'm staying at the Marriott on Ohio State's campus.

**0:24:32.7 AN:** That's it. That's one of our nicer hotels here in Columbus, Ohio, Kyle.

Kyle Ramstetter / Amy Nelson Transcript (2024)

**0:24:37.2 KR:** Oh my God.

**0:24:38.3 AN:** So, [laughter] not a lot here.

**0:24:39.0 KR:** I tried to buy the Radisson in Cleveland, and I was like, I can't even... I can't do this. I don't want to come here again.

**0:24:45.9 AN:** Yeah. Yeah.

**0:24:47.5 KR:** So how do you want to arrange that? But yes, short answer, I would like to meet you guys.

**0:24:52.3 AN:** Yeah, no, Carl can come. Why don't we just pick a place? And if you want me to do it right when you get... Whatever is good for you, since you're coming to visit someone. We can just be flexible. We're here, so...

**0:25:07.3 KR:** Text your number?

**0:25:09.4 AN:** Yeah, just text my number and we can... Yeah, we can...

**0:25:13.4 KR:** And I say this knowing how hard it was, so I genuinely mean this. Tell him to grab a Coors Light and smile...

**0:25:19.0 AN:** He doesn't drink beer anymore.

**0:25:21.0 KR:** Cause he's losing weight.

**0:25:22.0 AN:** He doesn't drink beer anymore. He'll have a vodka soda...

**0:25:25.6 KR:** I know, you said that, 'cause I knew he wasn't. You can't lose weight if you're still drinking beer.

**0:25:27.3 AN:** That's right. He'll have a vodka, but he's not... He doesn't drink beer. He quit beer a long time ago, so...

**0:25:31.7 KR:** Okay. Yeah, I'll send... Yeah, so I think... Yes. Okay, I'll text you, I guess, when I have time. I land, I think, 16th, at like 1:00, so I have that entire night.

**0:25:44.1 AN:** Great. Let's plan on it.

**0:25:45.9 KR:** Okay. Thank you, Amy.

**0:25:47.3 AN:** Thank you, Kyle. It was... Yeah, thanks for reaching out. Okay, bye.

**0:25:51.5 KR:** Bye.

### Thank you for choosing Scribie.com

Cross-check this transcript against the audio quickly and efficiently using our online Integrated Editor. Please visit the following link and click the Check & Download button to start.

https://scribie.com/files/13dc590494e8401982f8a3d8777550c8fbd323c3